**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-7499**

———————————

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

JAMERSON DEVOIR TILLMAN,

                Defendant – Appellant.

———————————

**No. 10-7501**

———————————

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

JAMES TILLMAN,

                Defendant – Appellant.

———————————

Appeals from the United States District Court for the District
of Maryland, at Greenbelt.  Alexander Williams, Jr., District
Judge.  (8:00-cr-00137-AW-1; 8:00-cr-00137-AW-2)

———————————

Submitted:  March 31, 2011         Decided:  April 6, 2011

———————————

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Jamerson Devoir Tillman, James Tillman, Appellants Pro Se. Stuart A. Berman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamerson Devoir Tillman and James Tillman seek to appeal their convictions and sentences. In criminal cases, the defendant must file the notice of appeal within fourteen days after the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered the judgments on September 25, 2001. The notices of appeal were filed on October 25, 2010. Because Jamerson Tillman and James Tillman failed to file timely notices of appeal or obtain an extension of the appeal period, we dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED